IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PORSHA R. THOMPSON                                                              PLAINTIFF

v.                                    NO. 4:22-cv-1223 JM

AUTISM IN MOTIONS CLINICS, LLC                                                  DEFENDANT

## JUDGMENT

For the reasons stated in the order entered this day, judgment is entered in favor of Defendant, and Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of March, 2025.

_____
United States District Judge